GARY A. FEESS
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA  90012
    213-894-2470
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

NOV 17 1989

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 17 1989
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
            Plaintiff,

            v.

RIA C BLACKMON

            Defendant(s).

COURT NO: CV-89A-80307

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RIA C BLACKMON

the sum of $1,069.89 as principal, $1,004.59 as accrued prejudgment interest, $0 administrative charges, and $27.68 costs, for a total amount of $2,102 .16 , plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: November 9, 1989

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By:_____
            Deputy Clerk

GARY A. FEESS
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA  90012
    213-894-2470
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 7 1989

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK, U.S. DISTRICT COURT

NOV 1 7 1989

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
              Plaintiff,

        v.

RIA C BLACKMON

              Defendant(s).

COURT NO: CV-89A-80307

DEFAULT JUDGMENT

    In the above-entitled action, an affidavit on behalf of the
plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff,
do have and recover of and from RIA C BLACKMON

the sum of $1,069.89 as principal, $1,004.59 as accrued prejudgment
interest, $0 administrative charges, and $27.68 costs,
for a total amount of $2,102.16, plus interest at the current rate
until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED: November 9, 1989

                             LEONARD A. BROSNAN, CLERK
                             U.S. District Court
                             Central District of California

                             DEPUTY CLERK

                          By:_____
                             Deputy Clerk